Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of wall plaques similar in all material respects to those the subject of *Ross Products, Inc.* v. *United States* (43 Cust. Ct. 74, C.D. 2106), the claim of the plaintiffs was sustained.

**No. 65752.**—Distilled Brands, Inc., et al. *v.* United States, protests 60/23026, etc. (New York).

Opinion by JOHNSON, J. It was stipulated that the facts and issues herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C.C.P.A. 112, C.A.D. 351) and that the quantities reported by the inspector as manifested, not found, were not in fact received by the importers. In accordance with stipulation of counsel and following the decision cited, it was held that duty and internal revenue tax are not assessable upon such portions of the merchandise as were reported by the inspector as manifested, not found. The protests were sustained to this extent.

**No. 65753.**—Bruce Duncan Co., Inc. *v.* United States, protest 60/10658 (Los Angeles).

Opinion by JOHNSON, J. In accordance with oral stipulation of counsel that the weight of the pieces short landed was 44.27 pounds and that an allowance of only 38.4 pounds was made in the liquidation of the entry, it was held that an allowance should be made for the 5.87 pounds for which no previous allowance was made.

**No. 65754.**—Castelazo & Associates *v.* United States, protest 58/2446 (Los Angeles).

Opinion by JOHNSON, J. In accordance with oral stipulation of counsel that the invoice gross weights, which are with the packing list, are the correct dutiable weights, the collector was directed to reliquidate the entry accordingly.

**No. 65755.**—A. & A. Food Products, Inc., and Chas. H. Asche & Co., Inc. *v.* United States, protest 60/1165 (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of bread similar in all material respects to that the subject of *United States* v. *Nordic Baking & Importing Co., Inc.* (47 C.C.P.A. 78, C.A.D. 733), the claim of the plaintiffs was sustained.

**No. 65756.**—C. S. Emery & Company *v.* United States, protest 267855-K (St. Albans).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiff was sustained.

No. 65757.—Pearson Candy Co. et al. v. United States, protests 295428–K, etc. (Galveston).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, JUNE 6, 1961

No. 65758.—Ross Products, Inc. v. United States, protests 60/27041 and 60/27265 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of dice the same in all material respects as those the subject of Abstract 64186, the claim of the plaintiff was sustained.

No. 65759.—Nylonge Corporation v. United States (American Sponge & Chamois Co., Inc., Party in Interest), protest 59/15900 (New York).

Opinion by OLIVER, C.J. In accordance with plaintiff's motion for dismissal on the ground that "this protest is not from the first liquidation of the merchandise" and following the decision of the Secretary of the Treasury rejecting plaintiff's complaint (T.D. 54537), the motion to dismiss was granted.

No. 65760.—Design International Corp. et al. v. United States, protests 58/21804, etc. (New York).